# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DARREN L. NORMAN**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #137785**

v.　　　　　　　　　　　No: 2:19-cv-00022 JM-PSH

**ALBERT ROARK,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 15th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE